**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6362**

MICHAEL WAYNE MABE,

              Plaintiff - Appellant,

        v.

KEITH WHITENER; GEORGE SOLOMON; BETTY BROWN; SORRELL
SAUNDERS, Administrator, Scotland Correctional; FNU JONES,
Administrator, Bertie Correctional,

              Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Statesville.  Frank D. Whitney,
Chief District Judge.  (5:13-cv-00162-FDW)

Submitted:  July 31, 2015          Decided:  August 14, 2015

Before SHEDD, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael Wayne Mabe, Appellant Pro Se.  Kimberly D. Grande, Donna
Elizabeth Tanner, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh,
North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Wayne Mabe appeals the district court's orders dismissing with prejudice his 42 U.S.C. § 1983 (2012) complaint in which Mabe alleged violations of the First Amendment and the Religious Land Use and Institutionalized Persons Act, see 42 U.S.C. §§ 2000cc to 2000cc-5 (2012), and denying Mabe's Fed. R. Civ. P. 59(e) motion to alter or amend that judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Mabe v. Whitener, No. 5:13-cv-00162-FDW (W.D.N.C. Feb. 10 & Mar. 10, 2015). We deny Mabe's motions for the appointment of counsel, for an order directing the district court to issue a restraining order, and for injunctive relief pending appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED